UNITED STATES OF AMERICA
U.S. DISTRICT COURT -- EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BUSINESS HEALTH SOLUTIONS, P.C.,

   Plaintiff,

Case No. 2:16-cv-12830-VAR-DRG

-vs-

Honorable Victoria A. Roberts

MEDICAL DIAGNOSTIC
LABORATORIES, LLC and
JOHN DOES 1-10,

   Defendants.

## NOTICE OF DISMISSAL

   NOW COMES the Plaintiff, by and through its undersigned attorneys, and pursuant to Fed R. Civ. Proc. 41(a)(1)(A)(ii), hereby voluntarily dismisses Plaintiff's individual claims against Defendants without prejudice, and with each party bearing its own costs.  Plaintiff's class claims are dismissed without prejudice and with each party bearing its own costs.  This notice of dismissal disposes of the entire action.

Respectfully submitted,

**PLAINTIFF**

BUSINESS HEALTH
SOLUTIONS, P.C.,

/s/ Daniel A. Edelman
Daniel A. Edelman
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200


/s/ Adam G. Taub
Adam G. Taub (P48703)
7200 W 10 Mile Rd Suite 200
Southfield, MI 48075
Phone:  (248) 746-3790
Email:   adamgtaub@clgplc.net

## **CERTIFICATE OF SERVICE**

      I, Daniel A. Edelman, hereby certify that on August 26, 2016, I caused a true and accurate copy of the foregoing document to be filed with the Clerk of the United States District Court for the Eastern District of Michigan via the Clerk's CM/ECF system and served a true and accurate copy on the following party:

**Via U.S. Mail:**
Medical Diagnostic Laboratories, LLC
2439 Kuser Road,
Hamilton, New Jersey 08690

**Via U.S. Mail and Email**:
Wilentz
Brian J. Molloy
90 Woodbridge Center Drive
Suite 900 Box 1 O
Woodbridge, NJ 07095-0958
bmolloy@wilentz.com


                                             *s/ Daniel A. Edelman*
                                             Daniel A. Edelman


Daniel A. Edelman
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)