UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BUSINESS HEALTH SOLUTIONS,

    Plaintiff(s),

vs

                                        Case No: 16-12830
                                        Hon. Victoria A. Roberts

MEDICAL DIAGNOSTIC LABORATORIES,
LLC, and JOHN DOES 1-10,

    Defendant(s).
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal filed by Plaintiff, this case is DISMISSED without prejudice.

    ORDERED.

                                        S/Victoria A. Roberts
                                        Victoria A. Roberts
                                        United States District Judge

Dated: 8/26/2016

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on 8/26/2016

s/Carol A. Pinegar
Deputy Clerk